UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY JAY BREDBERG, <br><br> Plaintiff, <br><br> v. <br><br> RANDY MIDDAUGH, et al., <br><br> Defendants. | CASE NO. C20-190 MJP <br><br> ORDER GRANTING MOTION TO STAY DISCOVERY |

This matter comes before the Court on Defendants' Motion to Stay Discovery (Dkt. No. 24). Having reviewed the Motion, the Response, the Reply (Dkt. No. 50), and the relevant record, the Court GRANTS the Motion and stays all discovery in this matter for 60 days.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 9, 2020.

Marsha J. Pechman
Senior United States District Judge