The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY JAY BREDBERG, d/b/a B&A, INC., <br><br> Plaintiff, <br><br> v. <br><br> RANDY MIDDAUGH, acting individually and under color of law in his capacity a government employee, and including any marital community; SEAN CURRAN, acting individually and under color of law and in his capacity as a government employee, and including any marital community; KIRK PRINDLE, acting individually and under color of law in his capacity as a government employee, and including any marital community; PAUL ANDERSON , acting individually and under color of law in his capacity as a government employee, and including any marital community; DOUG | NO: 2:20-cv-00190-MJP <br><br><br> STIPULATED MOTION AND ORDER TO DISMISS DEFENDANT DEREK HOLZL AND JOHN DOE DEFENDANT JONES ENGINEERS INC. |

| | |
|---|---|
| 1 | GRESHAM, acting individually and under color of law in his capacity as a government employee, and including any marital community; ERIK STOCKDALE, acting individually and under color of law and in his capacity as a government employee; DIANE HENNESSEY, acting individually and under color of law in her capacity as a government employee, and including any marital community; ALEX CALLENDER, acting individually and under color of law and in his capacity as a government employee, and including any martial community; MATTHEW MAHAFFIE, acting individually and under color of law in his capacity as a government employee, and including any marital community; RYAN ERICSON, acting individually and under color of law in his capacity as a government employee, and including any marital community; ERIN PAGE, acting individually and under color of law in her capacity as a government employee and including any marital community; HUGH MORTENSEN, acting individually and in his capacity as President of The Watershed Company, and including any marital community; NELL LUND, acting individually and in her capacity as an employee of The Watershed Company, and including any marital community; DANIEL KRENZ, acting individually and under color of law in his capacity as a government employee, and including any marital community; KATHRYN HEARD, acting individually and under color of law in her capacity as a government employee, and including any marital community; ROBBYN MYERS, acting individually and in her capacity as an employee or an independent contractor, and including any marital community; RYAN E. CRATER, acting individually and under color of law in his capacity as a government employee, and including any marital |

community; NICK BOND, acting individually and under color of law in his capacity as a government employee, and including any marital community; EMILY SWAIM, acting individually and under color of law in her capacity as a government employee, and including any marital community; NIKI YONKOW, acting individually and under color of law in her capacity as a government employee, and including any marital community; CHAD WALLIN, acting individually and in his capacity as an employee of Grette Associates, and including any marital community; JASON WALKER, acting individually and in his capacity as an employee of Perteet, Inc., and including any marital community; BILL KIDDER, acting individually and in his capacity as an employee of Perteet, Inc. and including any marital community; KERRIE MCARTHUR, acting individually and in her capacity as an employee of Confluence Environmental Company, and including any marital community; SUZANNE VIEIRA, acting individually and in her capacity as an employee of Confluence Environmental Company, and including any marital community, DEREK HOLZL, acting individually and in his capacity as an employee of Jones Engineers Inc., and including any marital community; STEVE HEACOCK, acting individually and under color of law in his capacity as a government employee, and including any marital community, and JOHN DOES 1-50,

                Defendants.

/////

/////

/////

## 1.0 STIPULATION

Plaintiffs Anthony Jay Bredberg and Defendant Derek Holzl and John Doe Defendant Jones Engineers Inc., stipulate to the dismissal with prejudice of defendants Derek Holzl and John Doe Defendant Jones Engineers Inc. It is further agreed that there will be no award of fees or costs pursuant to this dismissal with prejudice.

IT IS SO STIPULATED, this 9th day of April, 2020.

SMYTHE & JONES PLLC

_____     _____
JORDAN E. JONES, WSBA#52951              ANTHONY JAY BREDBERG
Attorney for Derek Holzl and             Plaintiff, Pro Se
Jones Engineers Inc.

**2.0   ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Derek Holzl and John Doe Defendant Jones Engineers Inc. are dismissed with prejudice and without costs or fees based upon the stipulation of the parties. Any pending motion(s) relating to Defendants Derek Holzl and John Doe Defendants Jones Engineers Inc., are stricken pursuant to the parties stipulation.

DATED this 8th day of June 2020.

_____
Marsha J. Pechman
United States District Judge

Presented jointly by:
SMYTHE & JONES PLLC

_____
JORDAN E. JONES, WSBA#52951
Attorney for Derek Holzl and Jones Engineers Inc.

And by

_____
ANTHONY JAY BREDBERG
Plaintiff, Pro Se