The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY JAY BREDBERG, d/b/a B&A, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RANDY MIDDAUGH, acting individually and under color of law in his capacity as a government employee, and including any marital community; et al., <br><br> Defendants. | NO. 2:20-cv-00190-MJP <br><br> ORDER GRANTING DEFENDANTS MOTION TO STAY DISCOVERY |

Defendants Curran, Middaugh, and Swaim, having filed a Motion to Stay Discovery in this matter, and the Court being fully advised and having examined the records and files herein, does hereby find and **ORDER**:

Defendants Curran, Middaugh, and Swaim's Motion to Stay Discovery is **GRANTED.** Discovery in this matter is stayed until a ruling is issued on Defendant's pending Motion to Dismiss.

//

//

ORDER GRANTING DEFENDANTS
MOTION TO STAY DISCOVERY - 1
(2:20-cv-00190-MJP)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

DATED this 8th day of June, 2020.

                                    MARSHA J. PECHMAN
                                    United States District Judge

*Presented by:*

ADAM CORNELL
Snohomish County Prosecuting Attorney

By: */s/Kelsey L. O'Neal*
Kelsey L. O'Neal, WSBA #51430
Deputy Prosecuting Attorney
Snohomish County Prosecuting Attorney – Civil Division
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201
(425) 388-6330/FAX: (425) 388-6333
Email: koneal@snoco.org

*Attorney for Defendants Curran, Middaugh, and Swaim*

ORDER GRANTING DEFENDANTS
MOTION TO STAY DISCOVERY - 2
(2:20-cv-00190-MJP)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333