HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY JAY BREDBERG, d/b/a B&A, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>RANDY MIDDAUGH, et al,<br><br>    Defendants. | CASE NO.  2:20-cv-00190-MJP<br><br>**ORDER GRANTING MOTIONS FOR CONTINUED DISCOVERY STAY** |

Several Defendants joined in Defendants' Curran, Middaugh, and Swain's Motion to Stay Discovery (ECF No. 105).  *See* ECF Nos. 107, 108, 109, 110, 112, 113, and 114.

The Court considered the Joinders filed with regard to Defendants' Curran, Middaugh, and Swain's Motion to Stay Discovery, and all other pleadings filed in opposition and/or support of the Joinders.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

(PROPOSED) ORDER GRANTING MOTIONS FOR CONTINUED DISCOVERY STAY – Page 1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-6646
Facsimile: (206) 689-2822

The Court grants these joinder motions (ECF Nos. 107, 108, 109, 110, 112, 113 and 114). The Court stays all discovery in this matter until it issues a ruling on all Defendants' pending Motions to Dismiss and Motions for Summary Judgment.

DATED this 15th day of June, 2020.

_____
HONORABLE MARSHA J. PECHMAN

Presented by:

*/s/ Christopher E. Hawk*
Christopher E. Hawk, WSBA No. 43307
chawk@grsm.com
Patrick T. Jordan, WSBA No. 40292
pjordan@grsm.com
***Attorneys for Defendants Jason Walker and Bill Kidder***

(PROPOSED) ORDER GRANTING
MOTIONS FOR CONTINUED
DISCOVERY STAY – Page 2

GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-6646
Facsimile: (206) 689-2822