UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY JAY BREDBERG,<br><br>Plaintiff,<br><br>v.<br><br>RANDY MIDDAUGH, et al.,<br><br>Defendants. | CASE NO. C20-190 MJP<br><br>MINUTE ORDER RE INSUFFICIENT SERVICE;<br><br>STRIKING PENDING MOTIONS |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Defendants Randy Middaugh, Sean Curran, and Emily Swaim contend they were not properly served because Plaintiff failed to effectuate service as required by Federal Rule of Civil Procedure 4(e)(2)(A)-(B), through one of the following methods: (1) delivering a copy of the summons and complaint to the named individual personally, (2) leaving a copy at the individual's dwelling or usual place of abode with someone of suitable age and discretion, or (3) delivering a copy to an agent authorized by appointment or by law.  Because more than 90 days

1  has passed since Plaintiff filed his Complaint in this matter, he must SHOW CAUSE within 20
2  days of the date of this Order why he has not perfected service or he may not file amended
3  claims against these Defendants.
4     Further, pursuant to the Court's Order Dismissing this action (Dkt. No. 128), the Court
5  STRIKES as moot Defendants' motions for summary judgment (Dkt. Nos. 62, 71, 94, 102) and
6  the Parties' motions relating to the motions to dismiss (Dkt. Nos. 77, 87).  The Parties may
7  re-file these motions once Plaintiff has filed his amended complaint.

9     The clerk is ordered to provide copies of this order to all counsel.
10    Filed July 13, 2020.

William M. McCool
Clerk of Court

s/Lowell Williams
Deputy Clerk