UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANTHONY JAY BREDBERG, d/b/a B&A, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RANDY MIDDAUGH, et. al.,<br><br>Defendants. | NO. 20 CV 0190-MJP<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AMENDED COMPLAINT** |

This matter comes before the Court upon Plaintiff's Motion for Extension of Time in Which to File An Amended Complaint. Only July 10, 2020, this Court provided 20 days from the date or its Order in which the Plaintiff could file an Amended Complaint. Having read and considered all briefs presented to the Court, the Court finds that Plaintiff, Anthony Jay Bredberg, d/b/a B&A Inc., has sufficiently stated just cause for an extension of time. The Plaintiff shall file an Amended Complaint at any time up to and including October 31, 2020.

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time is GRANTED.

DATED this 23rd day of July, 2020

_____
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

Page 1 - **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**