|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |
| 6   |     |     |
| 7   |     |     |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ANTHONY JAY BREDBERG, | CASE NO. C20-190 MJP |
| --- | --- |
| Plaintiff, | ORDER DENYING MOTION TO STRIKE UNTIMELY FILED AMENDED COMPLAINT |
| v. | |
| RANDY MIDDAUGH, et al., | |
| Defendants. | |

This matter comes before the Court upon Defendants' Motion to Strike Plaintiff's Untimely Filed Amended Complaint. (Dkt. No. 144.) Having reviewed the Motion and the related record, the Court DENIES the Motion.

Plaintiff, who is proceeding *pro se*, filed his Amended Complaint on November 2, 2020, when it was due three days earlier, on October 31. (Dkt. Nos. 138, 143.) Because the Court grants *pro se* litigants greater leeway than represented litigants Eldridge v. Block, 832 F.2d 1132, 1137 (9th Cir. 1987) (citing Boag v. MacDougall, 454 U.S. 364, 365 (1982)), and "[c]ases should be decided upon their merits whenever reasonably possible" Eitel v. McCool, 782 F.2d

Case 2:20-cv-00190-MJP   Document 153   Filed 12/08/20   Page 1 of 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY JAY BREDBERG,

    Plaintiff,

v.

RANDY MIDDAUGH, et al.,

    Defendants.

CASE NO. C20-190 MJP

ORDER DENYING MOTION TO STRIKE UNTIMELY FILED AMENDED COMPLAINT

This matter comes before the Court upon Defendants' Motion to Strike Plaintiff's Untimely Filed Amended Complaint. (Dkt. No. 144.) Having reviewed the Motion and the related record, the Court DENIES the Motion.

Plaintiff, who is proceeding *pro se*, filed his Amended Complaint on November 2, 2020, when it was due three days earlier, on October 31. (Dkt. Nos. 138, 143.) Because the Court grants *pro se* litigants greater leeway than represented litigants Eldridge v. Block, 832 F.2d 1132, 1137 (9th Cir. 1987) (citing Boag v. MacDougall, 454 U.S. 364, 365 (1982)), and "[c]ases should be decided upon their merits whenever reasonably possible" Eitel v. McCool, 782 F.2d

1  1470, 1472 (9th Cir.1986), the Court will not strike the Amended Complaint based on a

2  three-day delay. Defendants' Motion is therefore DENIED.

4  The clerk is ordered to provide copies of this order to all counsel.

5  Dated December 8, 2020.

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING MOTION TO STRIKE UNTIMELY FILED AMENDED COMPLAINT - 2