UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANTHONY JAY BREDBERG, d/b/a B&A, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>RANDY MIDDAUGH, et. al.,<br><br>　　　　　　　　Defendants. | NO.  20 CV 0190<br><br>**PRAECIPE** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT**

You will please note:

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS PAUL ANDERSON, DOUG GRESHAM, DIANE HENNESSEY, AND ALEX CALLENDER'S MOTION TO DISMISS PURSUANT TO FRCP 9(B) AND 12(C) was filed in a timely manner along with the Plaintiff's declaration and attached Exhibit list.

An error occurred in the Plaintiff's declaration at page 1. The first sentence, prior to the first numbered paragraph, was submitted as follows:

I, AJ or Anthony Jay Bredberg, declare the following based on information and belief:

The first sentence(s) should have been submitted as follows:

I, ANTHONY JAY BREDBERG, swear under penalty of perjury and as subject to the

Page 1of 2 -    **PRAECIPE**

laws of the State of Washington that the following statement is both truthful and accurate based on personal knowledge and recollection. I am an adult, I am the unrepresented Plaintiff in the above-captioned litigation, and I am competent to testify in support of all statements made in the foregoing declaration. Further, in support of the Plaintiff's response in opposition, I have attached true and accurate copies of certain documents referenced on an Exhibit List, attached hereto.

Pursuant to L.R. 7(m), the Plaintiff is attaching a corrected Declaration in support of Docket # 161-1. The Plaintiff is filing this Praecipe on discovery of the errors, and as soon as possible. The Court's consideration of the corrected document is requested.

DATED this 11th day of January, 2021.

*s AJ Bredberg*
Electronic signature
A.J. BREDBERG, *pro se*
3303 43rd St. NW
Gig Harbor, WA  98335
Telephone:  (253) 858-7055
E-mail: ajb@wa.net

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2021 I electronically filed the

**PRAECIPE**

of Case NO/2:20-cv-00190-MJP with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all parties registered in the CM/ECF system for this matter.

DATED this 11th day of Januaary, 2021.

*s AJ Bredberg*
Electronic signature
A.J. BREDBERG, *pro se*
3303 43rd St. NW
Gig Harbor, WA  98335
Telephone:  (253) 858-7055
E-mail: ajb@wa.net